IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| | : | Case No. 2:11-CR-63(8) |
| v. | : | |
| CALINDA WILLIS, | : | JUDGE ALGENON L. MARBLEY |
| Defendant | : | Magistrate Judge Kemp |

## ORDER

This matter is before the Court on upon Defendant Calinda Willis's ("Defendant" or "Willis") unopposed Motion to Modify Conditions of Probation/Alter Judgment, (Doc. 202). On December 2, 2011, this Court entered judgment as to Willis, (Doc. 170), sentencing her to three (3) years' probation. The conditions of Defendant's probation include a requirement to complete 208 hours of community service by December 2, 2012. Due to serious medical difficulties in the past year, Defendant asks that this Court to grant her until February 28, 2013 to complete her required hours. Plaintiff United States of America does not oppose this request. Defendant's motion is therefore **GRANTED**.

**IT IS SO ORDERED.**

s/ Algenon L. Marbley<br>Algenon L. Marbley<br>United States District Judge

**Dated: December 4, 2012**

1